**Affirmed and Opinion Filed June 28, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01500-CR
No. 05-15-01501-CR

**DIMITRI DEWAYNE RICHARDSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-39252-R, F15-55162-R**

## MEMORANDUM OPINION

Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Whitehill

Dimitri Dewayne Richardson waived a jury and pleaded guilty to burglary of a habitation

and aggravated robbery with a deadly weapon. *See* TEX. PENAL CODE ANN. §§ 29.03(a)(2),

30.02(a), (c)(2) (West 2011). Appellant also pleaded true to one enhancement paragraph in each

case. After finding appellant guilty and the enhancement paragraph true, the trial court

sentenced appellant to twenty years' imprisonment in each case. On appeal, appellant's attorney

filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief

meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a

professional evaluation of the record showing why, in effect, there are no arguable grounds to

advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978).

Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro

se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
151500F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DIMITRI DEWAYNE RICHARDSON,
Appellant

No. 05-15-01500-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F15-39252-R.
Opinion delivered by Justice Whitehill.
Justices Myers and Stoddart participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered June 28, 2016.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DIMITRI DEWAYNE RICHARDSON,
Appellant

No. 05-15-01501-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F15-55162-R.
Opinion delivered by Justice Whitehill.
Justices Myers and Stoddart participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered June 28, 2016.

–4–